Vincent Law Office

John R. Vincent
Wyo. Atty. No. 5-1350
Aaron J. Vincent
Wyo. Atty. No. 6-4110
301 East Adams
P.O. Box 433
Riverton, WY  82501
(307)857-6005
(307)857-6192 - Telefax

Ann E. Davey
Wyo. Atty. No. 7-4689
444 N. 9th St., #3
Columbus, MT  59019
(406)322-8557
(406)322-8599 - Telefax

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| EILEEN POPOVICH, | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| vs. | ) | Civil No. 13-cv-149J |
| EDWARDS PUBLICATIONS, INC.; EDWARDS COMMUNICATIONS, L.C., | ) | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) | |

Defendants, Edwards Publications, Inc. and Edwards Communications, L.C., pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court for judgment upon all of the Plaintiff's claims asserted in her Complaint filed herein. There is no dispute as to any material fact regarding those claims, and Defendants are entitled

to judgment as a matter of law.  This Motion is based upon the pleadings filed herein and the Memorandum of Law filed herewith.

    DATED:    July 31, 2014

                      Respectfully submitted,

                      EDWARDS PUBLICATIONS, INC.;
                      EDWARDS COMMUNICATIONS, L.C.
                      Defendants/Counter Plaintiffs

                      VINCENT LAW OFFICE

          By:    ANN E. DAVEY
                Wyoming Bar No. 7-4689
                301 East Adams
                P.O. Box 433
                Riverton, WY  82501
                (307)857-6005
                (307)857-6192 (Telefax)

                Attorneys for Defendants/
                Counter Plaintiffs

          By:          /s/
                ANN E. DAVEY

## CERTIFICATE OF SERVICE

    I hereby certify that on the July 31, 2014 a true and correct copy of the foregoing document was filed by CM/ECF and electronically transmitted to the following:

Collin Hopkins
The Law Offices of Collin Hopkins, P.C.
705 East Washington
Riverton, WY  82501

                      /s/
                      ANN E. DAVEY