Vincent Law Office

John R. Vincent
Wyo. Atty. No. 5-1350
Aaron J. Vincent
Wyo. Atty. No. 6-4110
301 East Adams
P.O. Box 433
Riverton, WY 82501
(307)857-6005
(307)857-6192 - Telefax

Ann E. Davey
Wyo. Atty. No. 7-4689
444 N. 9th St., #3
Columbus, MT 59019
(406)322-8557
(406)322-8599 - Telefax

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| EILEEN POPOVICH, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil No. 13-cv-149J |
| EDWARDS PUBLICATIONS, INC.; EDWARDS COMMUNICATIONS, L.C., | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiff, Eileen Popovich, through undersigned counsel, Collin Hopkins of The Law Offices of Collin Hopkins,

*Popovich v. Edwards Publications, Inc. and Edwards Communications, L.C.*
Civil No. 13-cv-149J
Stipulation for Dismissal with Prejudice
1

P.C., and Defendants/Counter-Plaintiffs Edwards Publications, Inc. and Edwards Communications, L.C., through their attorney Ann E. Davey of Vincent Law Office, represent to the Court as follows:

1. The parties stipulate that all claims in this case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 4th day of September, 2014.

The Law Offices of Collin Hopkins, P.C.

_____
Collin Hopkins  #6-4032
The Law Offices of Collin Hopkins, P.C.
705 E. Washington Avenue
Riverton, WY 82501
(307) 856-9101
*Attorney for Plaintiff Eileen Popovich*

Vincent Law Office

_____
Ann E. Davey
Vincent Law Office
P.O. Box 1207
Columbus, MT 59019
(406) 322-8557
*Attorney for Defendants Edwards Publications, Inc. and Edwards Communications, L.C.*

*Popovich v. Edwards Publications, Inc. and Edwards Communications, L.C.*
Civil No. 13-cv-149J
Stipulation for Dismissal with Prejudice
2