FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 OCT 16 PM 2 05

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EILEEN POPOVICH, | ) |
| Plaintiff/Counter-Defendant, | ) |
| vs. | ) Civil No. 13-cv-149J |
| EDWARDS PUBLICATIONS, INC.; EDWARDS COMMUNICATIONS, L.C., | ) ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE |
| Defendants. | ) |

This matter is before the Court upon the Stipulation for Dismissal of Complaint and Counterclaim with Prejudice. Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the stipulation is GRANTED and it is hereby

ORDERED that all claims set forth in the Complaint and Counterclaim in this case be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 15th day of Oct., 2014.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE